**JONATHAN H. COLMAN (SBN 93652)**
**MICHELE L. LEVINSON (SBN 234157)**
**COLMAN PERKINS LAW GROUP**
**500 North Brand Boulevard, Suite 2200**
**Glendale, California 91203**
**TELEPHONE (818)546-8686**
**FACSIMILE (818)546-8787**
**Mlevinson@colmanlawgroup.com**

Attorneys for Plaintiff
**UNITED SPECIALTY INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| United Specialty Insurance Company, | Case No.: |
|---|---|
| Plaintiffs, | Complaint Filed: |
| vs. | **COMPLAINT FOR DECLARATORY JUDGMENT** |
| Green Med Trans, Inc., a California Corporation; Michael Cambra, an individual; Syed Farman Ali Rizvi, an individual; Robert Stutz, an individual; Pepe's, Inc., a California Corporation, and DOES 1 through 50, | |
| Defendants. | |

        Plaintiff UNITED SPECIALTY INSURANCE COMPANY hereby alleges as follows:

## **JURISDICTION, VENUE AND IDENTIFICATION OF THE PARTIES**

        1.      This Court has jurisdiction over this action pursuant to 28 U.S.C. §

1332(a) due to the diversity of citizenship of the parties. The amount in controversy, exclusive of all costs and interests, exceeds $75,000.

2. The claim arose in this judicial district making venue proper under the provisions of 28 U.S.C. § 1391.

3. Venue is also proper in this district because the underlying incident giving rise to this declaratory action occurred in this District, within the County of San Bernardino, in the State of California.

4. At all times herein relevant, Plaintiff United Specialty Insurance Company (hereinafter "United" or "plaintiff") is an insurance company, with its principal place of business in the County of Tarrant, State of Texas.

5. Plaintiff, United Specialty Insurance Company is always and pertinent to this action has been duly qualified and authorized to do, and has been doing, business as an insurance company in the State of California.

6. Plaintiff is informed and believes, and thereon alleges, that always herein relevant, Defendant Syed Farman Ali Rizvi (hereinafter "Rizvi" or "Defendant") has been a resident of the County of San Bernardino, State of California.

7. Plaintiff is informed and believes, and thereon alleges, that always herein relevant, Defendant Michael Cambra (hereinafter "Cambra" or "Defendant") has been a resident of the County of San Bernardino, State of California.

8. Plaintiff is informed and believes, and thereon alleges, that always herein relevant, Defendant Robert Stutz (hereinafter "Stutz" or "Defendant") has been a resident of the County of San Bernardino, State of California.

9. Plaintiff is informed and believes, and thereon alleges, that at all relevant times, Defendant, Green Med Trans, Inc. (hereinafter "Green Med") was a California Corporation, with its principal place of business in Apple Valley, California.

10. Plaintiff is informed and believes, and thereon alleges, that at all relevant times, Defendant, Pepe's, Inc. (hereinafter "Pepe's") was a California Corporation, with its principal place of business in Moreno Valley, California.

**COMPLAINT FOR DECLARATORY RELIEF**

11.     Plaintiff is ignorant of the true names and capacities of the individuals or entities sued herein as Does 1 through 20, who may have been involved in the acts alleged herein. Plaintiff alleges that each of the DOE Defendants sued herein is legally responsible in some manner for the events and happenings referred to herein, and the Plaintiff's damages as alleged were proximately caused by their conduct. Plaintiff therefore sues said defendants by such fictitious names and will seek leave of court to amend this Complaint to show their true names and capacities when the same has been ascertained.

12.     At all times herein, Defendants and each of them were the agents, servants, and employees of each defendant, and in doing the things herein described, were acting within the course and scope of their authority as such agents, servants, and employees.

## BACKGROUND FACTS

13.     On December 14th, 2021, Rizvi was driving a 2020 Toyota Camry with passenger Cambra in the vehicle on the northbound side of the 215 Freeway, 1200 feet north of Baseline Street, in the City of San Bernardino, in the County of San Bernardino, in the State of California. The 2020 Toyota Camry was owned by defendant, Rizvi.

14.     Cambra alleges that on December 14, 2021, Rizvi drove over a stagnant puddle of water which caused him to hydroplane and lose control of the 2020 Toyota Camry. Rizvi and Cambra both claim to have sustained injuries and were transported from the loss location to a hospital (hereinafter referred to as "Subject Accident").

15.     Stutz reported to police that he was parked in the center median to assist a motorist that had spun out and was facing the wrong way in the center Median of the 215 Freeway. Stutz was performing his duties as an employee of the Freeway Service Patrol. At the time of the Subject Accident, Stutz was operating a tow truck that at all relevant times, was owned by Defendant Pepe's. While parked, he observed

Rizvi's vehicle spinning out of control toward his location. Stutz claims to have sustained injuries in the Subject Accident.

16.    At all relevant times, Rizvi was an employee of Green Med Trans, Inc., a Medicare taxi transportation service and was in the course and scope of his employment at the time of the Subject Accident.

## THE POLICY OF INSURANCE

17.    The named insured on United's Commercial Automobile Policy (hereinafter referred to as "Policy") is Green Med. Green Med's customers include private pay clients, clinics, nursing homes, Medicaid patients and hospitals.

18.    United provided commercial automobile liability coverage to Green Med. The loss in question occurred during the Policy period of January 10, 2021, to January 10, 2022. The Policy (attached hereto as Exhibit A) contains the following:

*        *        *

**SECTION II -LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies caused by an "accident" and resulting from the ownership, maintenance, or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident."

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense." However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply.

*        *        *

**COMPLAINT FOR DECLARATORY RELIEF**

**1) Who Is An Insured**

The following are "insureds":

a.  You for any covered "auto"

b.  Anyone else whom you have advised the Company and received formal approval in writing from the Company while using with your permission a covered "auto" you own, hire, or borrow **EXCEPT**:

i.  The owner or anyone else from whom you hire or borrow a covered "auto" unless you have advised the Company in writing prior to effecting coverage and received written confirmation from the Company of the acceptance of coverage.

ii.  Your "employee" if the covered "auto" is owned by the "employee" or a member of his or her household.

iii.  Someone using a covered "auto" while he or she is working in a business of servicing, repairing, "autos: unless that is part of your business.

iv.  Anyone other than your "employees," partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

v.  A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

vi.  Anyone liable for the conduct of an "insured" described above, but only to the extent of that liability.

vii.  "Permissive users" who are users of a covered auto, other than "insureds," who are not approved in writing by the Company. Coverage for permissive users is subject to reduction to statutory minimums. To the extent permitted under the applicable state law, the limits of coverage shown in the Declarations page are reduced to the state mandatory minimums for bodily injury or death and property damage when there is a permissive user of the covered "auto."

19.    The Policy also includes **SECTION V - COMMON POLICY CONSIDERATION** which includes:

\* \* \*

## B. Changes

This policy contains the entire agreement between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

20.    On January 10, 2021, a signed Driver Exclusion endorsement was issued modifying the Policy (attached hereto as Exhibit B)(emphasis added):

## DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:

AUTO DEALERS COVERAGE FORM
BUSINESS AUTO COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

WE WILL NOT BE LIABLE FOR ANY "ACCIDENTS" OR "LOSSES" WHILE A COVERED "AUTO" IS DRIVEN BY *SYED FARMAN RIZVI*, RAZA NASIR AND STEPHEN LUGO.

21.    On March 15, 2023, a letter was sent by Applied Risk Services, Inc., the claim administrator for United to Green Med stating that "A Driver Exclusion endorsement was issued effective January 10, 2021, modifying the policy, and [s]ince Syed Farman Rizvi is an excluded driver there is no coverage for subject loss."

///

///

///

6

**COMPLAINT FOR DECLARATORY RELIEF**

**UNDERLYING LITIGATION**

22.    On April 3, 2023, counsel for Cambra served Green Med with a Summons and Complaint in which Green Med and Rizvi are named. The Complaint seeks damages of more than $4,000,000.00 (the "Cambra Complaint").

23.    An actual controversy has arisen and presently exists between Plaintiff and Defendants in connection with claims under the Policy, based on the whether coverage for the Subject Accident exists given that Rizvi was listed as an excluded driver on the Policy.

24.    Plaintiff now brings this Declaratory Relief action, contending that coverage under the Policy does not exist given that Rizvi was a specifically excluded driver, and therefore, United owes no duty to defend or indemnify either Rizvi or Green Med for the Cambra Litigation.

25.    The duty to defend may terminate due to the discovery of new or additional evidence, a narrowing or partial resolution of claims in the underlying action, or the exhaustion of the policy. *United Enterprises, Inc. v. Superior Ct.* (2010) 183 Cal. App. 4th 1004, 1011.

26.    Thus, Plaintiff seeks a declaration and legal finding based on the facts and evidence to be adduced whether coverage is owed under the Policy for the Subject Accident and Cambra Litigation.

**FIRST CAUSE OF ACTION**

**DECLARATORY RELIEF AGAINST DEFENDANTS**

**(Declaratory Judgment Pursuant to 28 U.S.C. §§ 2201)**

27.    Plaintiff incorporates by reference paragraphs 1 through 26 of the Complaint as though fully set forth.

28.    Plaintiff is informed and believes that defendants and DOES 1 THROUGH 20 (collectively "Defendants") contend otherwise because they allege that the incident was an accident under which Rizvi and Green Med are owed defense

**COMPLAINT FOR DECLARATORY RELIEF**

and indemnity duties from Plaintiff under the Policy, United, including to compensate defendants Cambra and Stutz for their alleged damages.

29.     An actual controversy has arisen between the parties hereto with respect to the amounts due, if any, under the Policy. Plaintiff is entitled to have this Honorable Court decide the obligations of Plaintiff and Defendants and each of them and to have this Court render its judgement of declaratory relief regarding the insurance coverages due under the Policy, if any.

30.     The Cambra Complaint in which the Green Med and Rizvi are named, seeks damages in excess of $75,000.00. United contends that it owes no duty to defend nor a duty to indemnify given that Rizvi is listed as an excluded driver on the Policy. As such, Plaintiff asserts that no coverage is owed under the Policy for the Subject accident or the Cambra Litigation.

31.     United requests a judicial determination of the respective rights and duties of United, Green Med and Rizvi with respect to the claims by defendants Cambra and Stutz. United requests a declaration that it has no duty to defend or indemnify Rizvi and Green Med under the Policy against any claim or legal action arising from the Subject Accident.

32.     United has no adequate remedy at law to resolve the above controversy.

33.     For the foregoing reasons, Plaintiff seeks a court determination that Plaintiff owes no duties (1) to defend Rizvi against the claim by Cambra and Stutz in the Cambra Litigation, (2) to defend Green Med against the claims by Cambra and Stutz in the Cambra Litigation, and/or (3) indemnify Rizvi for any recovery by either Cambra or Stutz in the Cambra Litigation; and/or (4) indemnify Green Med for any recovery by either Cambra or Stutz in the Cambra Litigation.

///

///

///

///

**COMPLAINT FOR DECLARATORY RELIEF**

WHEREFORE, Plaintiff United prays for relief as follows:

1.     For a judicial declaration that no coverage is owed to Defendant Rizvi for the Subject Accident and Cambra Litigation since he is an excluded driver under the Policy.

2.     For a judicial declaration that no coverage is owed to Green Med because an excluded driver under the Policy was operating a motor vehicle at the time of the Subject accident.

3.     For a judicial declaration that Plaintiff is not obligated to defend or indemnify Defendant Rizvi and/or Green Med under the Policy against any claims presented by Cambra and/or Stutz in the Cambra Litigation.

4.     For recovery of all costs incurred in the defense of the underlying lawsuit, in accordance with the Reservation of Rights correspondence issued to Defendants Green Med and Rizvi.

5.     That judgment be granted in favor of United and for costs of suit herein;

6.     For such other and further relief as this Court may deem just and proper.

Dated: June 9, 2023                    **COLMAN PERKINS LAW GROUP**

BY:_____

     JONATHAN H. COLMAN
     **MICHELE L. LEVINSON**
     Attorneys for Plaintiff
     **UNITED SPECIALTY INSURANCE**
     **COMPANY**

**COMPLAINT FOR DECLARATORY RELIEF**

**NOTICE**

1.  THE INSURANCE POLICY THAT YOU HAVE PURCHASED IS BEING ISSUED BY AN INSURER THAT IS NOT LICENSED BY THE STATE OF CALIFORNIA. THESE COMPANIES ARE CALLED "NONADMITTED" OR "SURPLUS LINE" INSURERS.

2.  THE INSURER IS NOT SUBJECT TO THE FINANCIAL SOLVENCY REGULATION AND ENFORCEMENT THAT APPLY TO CALIFORNIA LICENSED INSURERS.

3.  THE INSURER DOES NOT PARTICIPATE IN ANY OF THE INSURANCE GUARANTEE FUNDS CREATED BY CALIFORNIA LAW. THEREFORE, THESE FUNDS WILL NOT PAY YOUR CLAIMS OR PROTECT YOUR ASSETS. IF THE INSURER BECOMES INSOLVENT AND IS UNABLE TO MAKE PAYMENTS AS PROMISED.

4.  THE INSURER SHOULD BE LICENSED EITHER AS A FOREIGN INSURER IN ANOTHER STATE IN THE UNITED STATES OR AS A NON-UNITED STATES (ALIEN) INSURER. YOU SHOULD ASK QUESTIONS OF YOUR INSURANCE AGENT, BROKER, OR "SURPLUS LINE" BROKER OR CONTACT THE CALIFORNIA DEPARTMENT OF INSURANCE AT THE FOLLOWING TOLL-FREE TELEPHONE NUMBER: 1-800-927-4357 OR INTERNET WEB SITE WWW.INSURANCE.CA.GOV. ASK WHETHER OR NOT THE INSURER IS LICENSED AS A FOREIGN OR NON-UNITED STATES (ALIEN) INSURER AND FOR ADDITIONAL INFORMATION ABOUT THE INSURER. YOU MAY ALSO CONTACT THE NAIC'S INTERNET WEB SITE AT WWW.NAIC.ORG.

5.  FOREIGN INSURERS SHOULD BE LICENSED BY A STATE IN THE UNITED STATES AND YOU MAY CONTACT THAT STATE'S DEPARTMENT OF INSURANCE TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.

6.  FOR NON-UNITED STATES (ALIEN) INSURERS, THE INSURER SHOULD BE LICENSED BY A COUNTRY OUTSIDE OF THE UNITED STATES AND SHOULD BE ON THE NAIC'S INTERNATIONAL INSURERS DEPARTMENT (IID) LISTING OF APPROVED NONADMITTED NON-UNITED STATES INSURERS. ASK YOUR AGENT, BROKER, OR "SURPLUS LINE" BROKER TO OBTAIN MORE INFORMATION ABOUT THAT INSURER.

7.  CALIFORNIA MAINTAINS A LIST OF APPROVED SURPLUS LINE INSURERS. ASK YOUR AGENT OR BROKER IF THE INSURER IS ON THAT LIST, OR VIEW THAT LIST AT THE INTERNET WEB SITE OF THE CALIFORNIA DEPARTMENT OF INSURANCE: WWW.INSURANCE.CA.GOV.

8.  IF YOU, AS THE APPLICANT, REQUIRED THAT THE INSURANCE POLICY YOU HAVE PURCHASED BE BOUND IMMEDIATELY, EITHER BECAUSE EXISTING COVERAGE WAS GOING TO LAPSE WITHIN TWO BUSINESS DAYS OR BECAUSE YOU WERE REQUIRED TO HAVE COVERAGE WITHIN TWO BUSINESS DAYS, AND YOU DID NOT RECEIVE THIS DISCLOSURE FORM AND A REQUEST FOR YOUR SIGNATURE UNTIL AFTER COVERAGE BECAME EFFECTIVE, YOU HAVE THE RIGHT TO CANCEL THIS POLICY WITHIN FIVE DAYS OF RECEIVING THIS DISCLOSURE. IF YOU CANCEL COVERAGE, THE PREMIUM WILL BE PRORATED AND ANY BROKER'S FEE CHARGED FOR THIS INSURANCE WILL BE RETURNED TO YOU.

D-2 (Effective January 1, 2017)

# UNITED SPECIALTY INSURANCE COMPANY

1900 L Don Dodson Drive

Bedford, TX 76021

## CONFIRMATION OF COVERAGE

COMMERCIAL AUTOMOBILE LIABILITY INSURANCE BINDER

INSURED: Green Med Trans, Inc                           DATE: 1/12/2021
ADDRESS: 9431 Haven Avenue, Suite 100 PMB#110, Rancho Cucamonga, California, 91790
POLICY NUMBER: UTO-CA-0000517
EFFECTIVE DATE (12:01 AM Local Time): 01/10/2021
EXPIRATION DATE (12:01 AM Local Time): 01/10/2022
COVERAGE:  **Commercial Automobile Liability Insurance**
LIMITS OF LIABILITY: ███████████
UNINSURED MOTORISTS: ██████████████████
UNDERINSURED MOTORISTS: ████████████
PERSONAL INJURY PROTECTION: ██████
DEDUCTIBLE PER INCIDENT: █████          AGGREGATE DEDUCTIBLE: █████
# OF INSURED UNITS: 3                       PREMIUM PER UNIT: ███████
TOTAL PREMIUM: ████████           MINIMUM EARNED: 10%
TOTAL TAXES: ██████████           TOTAL FEES: ███████
SL TAX AMOUNT: ██████████          STAMPING AMOUNT: █████████████

PREMIUM IS DUE UPON DATE OF BINDING AND HAS TO BE RECEIVED IN OUR OFFICE NO LATER

THAN FIVE (5) WORKING DAYS FROM THE EFFECTIVE DATE. FAILURE TO RECEIVE THE PREMIUM

WILL RESULT IN IMMEDIATE FLAT CANCELLATION WITH NO COVERAGE BEING IN FORCE.



_____

Richard Christofer Jr.
(Authorized Representative)

For inquiries contact:
Policy Support at transportationpolicysupport@rivpartners.com 415-429-4924

11/2018

POLICY NUMBER:  UTO-CA-0000517

## BUSINESS AUTO POLICY DECLARATIONS

---

**UNITED SPECIALTY INSURANCE COMPANY**

1900 L. Don Dodson Drive

Bedford, TX 76021

---

## ITEM ONE

NAMED INSURED: Green Med Trans, Inc

MAILING ADDRESS: 9431 Haven Avenue, Suite 100 PMB#110, Rancho Cucamonga, California, 91790

OPERATING ZIP: Rancho Cucamonga, California, 91790

**Note:  The insurance policy is issued by UNITED SPECIALTY INSURANCE COMPANY and may not be subject to all of the insurance laws or regulations of your State.  State insurance insolvency guaranty funds are not available.  Read your policy and its coverage conditions thoroughly.**

POLICY PERIOD:

FROM: 1/10/2021 TO: 01/10/2022

(AT 12:01 STANDARD TIME AT YOUR MAILING ADDRESS)

BUSINESS DESCRIPTION: NEMT

IN RETURN FOR THE PAYMENT OF PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY AND THE INFORMATION PROVIDED ON THE SIGNED APPLICATION, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

1270394v.1

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.  THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

**SCHEDULE OF COVERAGES AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "Autos" shown as covered autos, which must be reported to the Company prior to effecting coverage.

| COVERAGES | COVERED AUTOS | LIMIT | PREMIUM |
|---|---|---|---|
| BODILY INJURY AND PROPERTY DAMAGE LIABILITY | 2, 8, & 9 | ███████ COMBINED SINGLE LIMIT | ███████ |
| PERSONAL INJURY PROTECTION (OR EQUIVALENT NO FAULT COVERAGE) | EXCLUDED | **N/A** | **N/A** |
| UNISURED MOTORIST | 2, 8, & 9 | ███████ Per Person / ███████ Per Accident / ███████ Property Damage | INCLUDED |
| UNDERINSURED MOTORIST | EXCLUDED | N/A | N/A |
| DEDUCTIBLE | EXCLUDED | N/A | N/A |

1270394v.1

**PREMIUM**

| | |
|---|---|
| Commercial Automobile Bodily Injury & Property Damage Liability | ▇▇▇▇ |
| Uninsured Motorist Coverage | INCLUDED |
| Underinsured Motorist Coverage | N/A |
| **Total** | ▇▇▇▇ |

**PREMIUM SHOWN IS PAYABLE (minimum 10% of premium is earned at inception):**

▇▇▇▇ at inception and 10 installments of ▇▇▇▇ each. Installments are due thirty (30) days thereafter prior to the due date.

# Surplus Lines

| | |
|---|---|
| **SL Broker** | AU Insurance Services |
| **SL Broker Address** | 10805 Old Mill Rd., Omaha, NE 68154. |
| **State of Filing** | California |
| **SL Number** | 0F15123 |
| **Producer Name** | Aaron Lynch |

1270394v.1

**ITEM TWO:  SCHEDULED COVERED AUTOS**

| DESCRIPTION (LIST ADDITIONAL VEHICLES ON SEPARATE SCHEDULE) | | | | | |
|---|---|---|---|---|---|
| **MAKE** | **YEAR** | **MODEL** | **BODY TYPE** | **SERIAL NUMBER** | **VIN** |
| See Schedule On File With the Carrier | | | | | |
| | | | | | |

**ITEM THREE: LIABILITY DEDUCTIBLE**

The Liability Coverage is changed as follows:

The damages including loss adjustment expense caused in any one "accident" that would otherwise be payable under the Liability Coverage will be reduced by the Liability Deductible as shown in the Coverage Schedule on page two above prior to the application of the Limit of Insurance provision. Such Deductible upon invoicing will be paid immediately to the Carrier, and failure to pay will be subject to policy cancellation.

**ITEM FOUR: COVERED AUTOS**

The Coverage afforded hereunder only covers such automobiles as scheduled with the Carrier.

**ITEM FIVE: COVERED DRIVERS**

The coverage afforded hereunder is limited to those named drivers as scheduled with the Carrier.

**Endorsements Attached to this Policy:**

Countersigned:

Richard Christofer Jr.
(Authorized Representative)

Date:                                                           Date: 1/12/2021

1270394v.1

# Vehicle Schedule

**Policy Number:** UTO-CA-0000517
**Effective Date :** 01/10/2021 - 01/10/2022

ZFBERFAB1J6K38083
ZFBERFAB4H6E42616
ZFBERFAB7J6K40517

# UNITED SPECIALTY AUTO POLICY COVERAGE

Named Insured: Green Med Trans, Inc

Policy Number: UTO-CA-0000517

Inception Date: 01/10/2021                          Expiration Date: 01/10/2022

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI – Definitions.

**NOTE**:

**The insurance policy is issued by UNITED SPECIALTY INSURANCE COMPANY and may not be subject to all of the insurance laws or regulations of your State. State insurance insolvency guaranty funds are not available. Read your policy and its coverage conditions thoroughly.**

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a Coverage on the Declarations designate the only "autos" that are covered "autos". It is further agreed and understood that You have to advise the Company and receive written confirmation prior to effecting coverage for any covered automobiles to be scheduled as a covered automobile.

**A. Description of Covered Auto Designation Symbols:**

| Symbol | | Description of Covered Autos Designation Symbols |
|---|---|---|
| 1 | Any "Autos" | You must notify prior to and receive written confirmation from the Company for coverage to be effected. |
| 2 | Owned "Autos" Only | Only those "autos" you own and any "trailers" you don't own while attached to power units you own. This includes those "autos" you acquire ownership of after the policy begins. |
| 3 | Owned Private Passenger "Autos" Only | Only the private passenger "autos" you own. This includes those private passenger "autos" you acquire ownership of after the policy begins. |
| 4 | Owned "Autos" Other Than Private | Only those "autos" you own that are not of the private passenger type (and for Liability Coverage any "trailers" you don't own while attached to power units you own). This includes those "autos" not of the private passenger type you acquire ownership of after the policy begins. |

11/2018

| | Passenger "Autos" Only | |
|---|---|---|
| 5 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are required to have No-Fault benefits in the state where they are licensed or principally garaged. |
| 6 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that because of the law in the state where they are licensed or principally garaged are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 7 | "Autos" Specified On Schedule | Only those "autos" described on the schedule and any "trailers" you don't own while attached to power units you own. You must notify prior to and receive written confirmation from the Company for coverage to be effected. |
| 8 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow.  This does not include any "auto" you lease, hire, rent, or borrow from any of your "employees", partners (if you are a partnership), members (if you are a limited liability company) or members of their households. |
| 9 | Non-owned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business. |

**B.  Owned Autos You Acquire After the Policy Begins**

If Symbols 1, 2, 3, 4, 5, or 6 are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

**C.  Temporary Substitute Autos**

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

Any "auto" you own while used as a temporary substitute for a covered "auto" you own that is out of service because of its:  Breakdown, Repair, Servicing or "Loss" or Destruction.

**SECTION II - LIABILITY COVERAGE**

**A. Coverage**

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident."

11/2018

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate.

**"Defense expenses" are included in the Limits of Insurance provided by this policy.** All payments or costs incurred for "defense expenses" will reduce the Limits of Insurance by that amount. For each of the specific Limits of Insurance any "defense expenses" will be included in the sum of damages in determining the most we will pay. This will not increase the amount shown in the Declarations as the Limits of Insurance.

Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments, settlements and/or "defense expenses"

1) **Who Is An Insured**

The following are "insureds":

a. You for any covered "auto";

b. Anyone else whom you have advised the Company and received formal approval in writing from the Company while using with your permission a covered "auto" you own, hire, or borrow **EXCEPT**

    i. The owner or anyone else from whom you hire or borrow a covered "auto" unless you have advised the Company in writing prior to effecting coverage and received written confirmation from the Company of the acceptance of coverage.

    ii. Your "employee" if the covered "auto" is owned by that "employee" or a member of his or her household.

    iii. Someone using a covered "auto" while he or she is working in a business of servicing, repairing, "autos: unless that is part of your business.

    iv. Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company) or a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

v.    A partner (if you are a partnership) or a member (if you are a limited liability company) for a covered "auto" owned by him or her or a member of his or her household.

vi.    Anyone liable for the conduct of an "insured" described above, but only to the extent of that liability.

vii.   "Permissive users" who are users of a covered auto, other than "insureds", who are not approved in writing by the Company. Coverage for permissive users is subject to reduction to statutory minimums.  To the extent permitted under the applicable state law, the limits of coverage shown in the Declarations page are reduced to the state mandatory minimums for bodily injury or death and property damage when there is a permissive user of the covered "auto".

2) **Coverage Extensions**

    a.  Supplementary Payments

        We will pay for the "Insured" at the Company's option:

           i.  All costs taxed against the insured "in any suit" against the "insured" we defend.

          ii.  All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend but our duty to pay interest ends we have paid or offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

        These payments will reduce the Limit of Insurance.

    b.  Out of State Coverage Extensions

        While a covered "auto" is away from the state where it is licensed we will:

           i.  Increase the Limit of Insurance for Liability Coverage to meet the limits specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

          ii.  Provide the minimum amounts and types of other coverages, such as no-fault required of out of state vehicles by the jurisdiction where the covered "auto" is being used.

        We will not pay anyone more than once for the same elements of loss because of these extensions.

**B. Exclusions**

This insurance does not apply to any of the following:

1) **Expected or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

2) **Contractual**

    Liability assumed under any contract or agreement.

    But this exclusion does not apply to liability for damages:

    a.  Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement and such contract has been provided to the Company and You have received formal approval by the Company.

11/2018

**3) Workers Compensation**

Any obligation for which the "insured" or the "insured's" workers compensation insurer may be held liable under any workers compensation, disability benefits or unemployment compensation law or any similar law.

**4) Employee Indemnification and Employer's Liability**

"Bodily injury" to:

 i. An "employee" of the "insured" arising out of and in the course of:

  a. Employment by the "insured", or

  b. Performing the duties related to the conduct of the "insured's" business; or

 ii. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above

This exclusion applies:

  a. Whether the "insured" may be liable as an employer or in any other capacity, and

  b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**5) Fellow Employee**

"Bodily injury" to

  a. Any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

  b. the spouse, child, parent, brother or sister of that fellow "employee" as a consequence of Paragraph a.

**6) Care, Custody or Control**

"Property damage" to or "covered pollution cost or "involving property owned or transported by the "insured" or in the "insured's" care, custody or control.

**7) Handling of Property**

"Bodily injury" or "property damage" resulting from the handling of property:

11/2018

      i.   Before it is moved from the place where it is accepted by the "insured" for movement into or onto the "covered auto"; or

      ii.   After it is move from the "covered auto: to the place where it is finally delivered by the "insured".

**8)  Movement of Property by Mechanical Device**

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device.

**9)  Operations**

"Bodily injury" or "property damage" arising out of the operations of:

      i.   Any "Mobile Equipment"

      ii.   Machinery or equipment that is on or attached to or part of the "covered auto".

**10)  Completed Operations**

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In this exclusion your work means:

      i.   Work or operations performed by you or on your behalf, and

      ii.   Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraph a. or b. above.

Your work will be deemed completed when all of the work called for in your contract has been completed.

Work may need service, maintenance or correction, repair or replacement but which is otherwise complete, will be treated as completed.

**11)  Pollution**

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

**a.**  That are, or that are contained in any property that is:

**(1)**  Being transported or towed by, handled or handled for movement into, onto or from the covered "auto";

**(2)**  Otherwise in the course of transit by or on behalf of the "insured"; or

**(3)**  Being stored, disposed of, treated or processed in or upon the covered "auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to "covered pollution cost or expense."

12) **War**

"Bodily injury" or "property damage" arising directly or indirectly out of

    i.   War, including undeclared or civil war

    ii.   Warlike action by a military force

    iii.   Insurrection, rebellion, revolution, usurped power or action taken by governmental authorities in hindering or defending against any of these.

    iv.   Terrorism

13) **Unknown Motor Vehicle**

To the extent that this policy includes uninsured and/or underinsured motorist coverage as elected by the insured or required by law, if the owner or operator of any motor vehicle that cause bodily injury or property damage to the insured is unknown, actual physical contact must have occurred between the motor vehicle owned or operated by the unknown person and the person or property of the insured.

14) **Racing**

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

C. Limit of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations

All "bodily injury" and "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same condition will be considered as resulting from one "accident".

11/2018

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage, "Uninsured Motorists" or "Underinsured Motorists" Coverage Endorsement attached to this Coverage Part.

**SECTION III - PHYSICAL DAMAGE COVERAGE**

**This Policy does not provide coverage for Physical Damage Coverage for Comprehensive and/or Collision including any extensions of coverage thereof.**

**SECTION IV – BUSINESS AUTO CONDITIONS**

The following conditions apply in addition to the common Policy Conditions:

**A. Loss Conditions**

    **1) Duties in the Event of Accident, Claim, Suit Or Loss**

        We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

        i. In the event of "accident", "claim", "suit" or "loss" you must give us or our authorized representative prompt **written** notice of the accident or loss to include:

            a. How, when to include time and where the "accident" or "loss" occurred;

            b. The "insured's" name and address; and

            c. To the extent possible the names and addresses of any injured persons and witnesses.

        ii. Additionally you and other involved "insured" must:

            a. Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

            b. Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

            c. Cooperate with us in the investigation or settlement of the claim or defense against the "suit"

            d. Authorize us to obtain medical records or other pertinent information.

            e. Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

        iii. If there is "loss" to a covered "auto" or its equipment you must also do the following:

a. Promptly notify the police if the covered "auto" or any of its equipment is stolen.

b. Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

c. Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

d. Agree to examinations under oath at our request ad give us a signed statement of your answers.

It is further agreed that upon an accident or loss, that if possible you will provide telephonic notice and such contact information has been provided to you. Promptly following this you will advise us in writing and request formal acknowledgement of receipt of such notice.

## SECTION V - COMMON POLICY CONDITIONS

### A. Cancellation

The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

1) 10 days before the effective date of cancellation if we cancel for nonpayment of any premium due; or

2) 30 days before the effective date of cancellation if we cancel for any other reason including but not limited to failure to meet any requirements arising out of an inspection, audit or a material change in exposure.

We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

If notice is mailed, proof of mailing will be sufficient proof of notice.

### B. Changes

This policy contains the entire agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C.  Examination of Your Books And Records**

We may examine and audit your books and records as they related to this policy at any time during the policy period and up to three years thereafter.

**D.  Inspections and Surveys**

We have the right to:

1)  Make Inspections and surveys at any time;

2)  Give you reports on the conditions we find; and

3)  Recommend and require changes, and failure to make those changes gives us the right to cancel such Insurance

We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1)  Are safe or healthful; or

2)  Comply with laws, regulations, codes or standards.

Paragraph **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**E.  Premiums**

The first Named Insured shown in the Declarations:

1)  Is responsible for the payment of all premiums; and

2)  Will be the payee for any return premiums we pay.

**F.  Transfer of Your Rights and Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our prior written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**G.  Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

1) There has been full compliance with all of the terms of this Coverage Form; and

2) Under Liability Coverage we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**H.  Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after the "accident: or "loss" to impair them.

**I.  Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligations under this Coverage Form.

**J.  Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time intentionally conceal or misrepresent a material fact concerning:

1) This Coverage Form

2) The covered "auto"

3) The drivers using any covered "auto"

4) Your interest in the covered "auto" or

5) A claim under this Coverage Form.

**K.  Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**L.  Other Insurance**

1) For any covered "auto" you own and have advised the Company and received written confirmation of coverage in effect, this Coverage Form provides primary insurance. For any covered "auto" you don't own, the insurance is excess over any other collectible insurance.

11/2018

2)  Regardless of the provisions of Paragraph 1) above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract" as defined in this policy.

3)  When this Coverage From and any other Coverage Form or policy covers on the same basis either excess or primary, we will pay only our share. Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering the same basis.

**M.  Premium Audit**

The estimated premium for this Coverage Form is based upon the exposures you advised us in writing you have when the policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any. The due date for the final premium or retrospective premium is the date shown as the due date on the bill. If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund. If this policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

**N. Policy Period, Coverage Territory**

Under this Coverage Form, we cover "accidents" and "losses" occurring:

1)  During the policy period shown in the Declarations, and

2)  Within the coverage territory.

The coverage territory is the United States of America

**O. Two or More Coverage Forms or Policies Issued by Us**

If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident" the aggregate maximum Limit of Insurance under all Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy. This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

**SECTION VI - DEFINITIONS**

**A.**  "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

11/2018

**B.**    "Auto" means:

1)    A land motor vehicle, designed for travel on public roads; or

2)    Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**C.**    "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these

**D.**    "Covered pollution cost or expense" means any cost or expense arising out of•

1)    Any request, demand, order or statutory or regulatory requirement that any "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; and such "Covered pollution cost or expense" arising out of an "accident" or "loss" causing "bodily injury" and/or "property damage".

2)    Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants".

3)    That are, or that are contained in any property that is:

i.    Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

ii.    Otherwise in the course of transit by or on behalf of the "insured";

iii.    Being stored, disposed of, treated or processed in or upon the covered "auto".

**E.**    "Defense expenses" means payments allocated to a specific claim or "suit" for its investigation, settlement, or defense, including:

a.    Attorney fees and all other litigation expenses.

b.    Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies.  We do not have to furnish these bonds.

c.    The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance.  We do not have to furnish these bonds.

    d.   All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

    e.   All costs taxed against the insured in the claim or "suit".

    f.   Prejudgment interest awarded against the insured on that part of the judgment we pay.  If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    g.   All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

"Defense Expenses" does not include salaries and expenses of our employees or your "Employees", other than that portion of our employed attorneys' fees, salaries and expenses allocated to a specific claim or "suit" for the defense of the insured.

**F.**   "Employee" includes a 'leased worker". "Employee" does not include a "temporary worker".

**G.**   "Insured' means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage.  Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**H.**   "Insured contract" means:

    1)   A lease of vehicles which has been advised to the Company; and

    2)   The Company has confirmed in writing that such contract is covered by the insurance afforded by this policy.

**I.**   "Loss" means direct and accidental loss or damage.

**J.**   "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    **1.**   Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

    **2.**   Vehicles maintained for use solely on or next to premises you own or rent;

    **3.**   Vehicles that travel on crawler treads;

    **4.**   Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted;

    **a.**  Power cranes, shovels, loaders, diggers or drills; or

    **b.**  Road construction or resurfacing equipment such as graders, scrapers or rollers;

**5.**  Vehicles not described in Paragraph **1., 2., 3.** or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **a.**  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well-servicing equipment; or

    **b.**  Cherry pickers and similar devices used to raise or lower workers; or

**6.**  Vehicles not described in Paragraph **1., 2., 3.** or **4.** above maintained primarily for purposes other than the transportation of persons or cargo.  However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **a.**  Equipment designed primarily for:

        **(1)**  Snow removal;

        **(2)**  Road maintenance, but not construction or resurfacing; or

        **(3)**  Street cleaning;

    **b.**  Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **c.**  Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well-servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.  Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**K.**  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

**L.**  "Property damage" means damage to or loss of use of tangible property.

**M.**  "Suit" means a civil proceeding in which:

    **1.**  Damages because of "bodily injury" or "property damage"; or

    **2.**  A "covered pollution cost or expense"; to which this insurance applies, are alleged.  "Suit" includes:

    **a.**  An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

    **b.**  Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the insured submits with our consent.

**N.**  "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**O.**  "Trailer" includes semitrailer.

**P.**  **"Uninsured Motorist"**

**A.**  Unless otherwise defined in a state-specific supplement and/or selection and/or rejection form accompanying this policy.  "Uninsured Motorist(s)" coverage means insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an uninsured motor vehicle because of bodily injury or properly damage caused by an automobile accident.  Also included are damages due to bodily injury that result from an automobile accident with a hit-and-run vehicle whose owner or operator cannot be identified.

**Q.**  **"Underinsured Motorist(s)"**

**A.**  Unless otherwise defined in a state-specific supplement and/or selection and/or rejection form accompanying this policy.  "Underinsured Motorists(s)" coverage means insurance protection to an insured for compensatory damages which the insured is legally entitled to recover from the owner or operator of an underinsured motor vehicle because of bodily injury caused by an automobile accident.

Richard Christofer Jr.
(Authorized Representative)

11/2018

**UNITED SPECIALTY AUTO POLICY**

**FORM RPCA010**

POLICY NUMBER          UTO-CA-0000517

POLICY PERIOD:          01/10/2021 - 01/10/2022

NAME INSURED:          Green Med Trans, Inc

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## OPERATING UNDER THE INFLUENCE OF DRUGS OR ALCOHOL OR

## OTHER INTOXICANTS/MIND-ALTERING SUBSTANCES

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement the provisions of the Coverage Form apply unless In the event an accident or incident occurs, for which this policy provide coverage, where the driver of the vehicle insured under this policy is found to be operating the vehicle while under the influence of drugs or alcohol or any other intoxicants or mind-altering substances, then the limits of liability under this policy are reduced to the Mandatory minimum limits required under the Applicable State Law. United Specialty Insurance Company at its sole option may cancel the policy with twenty (20) days notice.

It is further agreed, effective immediately at the date of accident or incident, no further coverage under this policy will be provided for the subject accident/incident driver.

Richard Christofer Jr.
(Authorized Representative)
Date: 01/12/2021

1270394v.1



## HOW TO REPORT A CLAIM:

All claims should be reported to North American Risk Services (NARS) as soon after the loss as possible while information is fresh. Claims may be reported by any of the following options 24 hours a day, 7 days a week.

| | |
|---|---|
| Telephone: | (800) 315-6090 |
| Facsimile: | (866) 261-8507 |
| Internet: | http://www.narisk.com/partnerEtools.php |
| Electronic Mail: | reportaclaim@narisk.com |
| Regular Mail: | North American Risk Services |
| | P.O. Box 166002 |
| | Altamonte Springs, FL 32716-6002 |
| | Attn: New Loss Unit |

In order to ensure proper assistance, it is important to include a Loss Accord form or the policy number, name of the insured and as much information about the loss details and involved parties as possible. An adjuster will be assigned to the claim, and after reviewing the information provided will make personal contact. Remember to include contact information such as your name, address, phone numbers and email address.

A claim acknowledgement will be transmitted identifying the claim number and assigned claims adjuster.

***Please note:*** **It is our preference that claims of a serious nature are phoned into NARS. This allows us to escalate the loss immediately.**

1270394v.1

**UNITED SPECIALTY AUTO POLICY**

**FORM RPCA019**

POLICY NUMBER:    UTO-CA-0000517

POLICY PERIOD:    01/10/2021 - 01/10/2022

NAME INSURED:    Green Med Trans, Inc

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## INSTALLMENT SCHEDULE

| Due Date | Premium Due | Installment Fee | Tax Due | Total Due |
|----------|-------------|-----------------|---------|-----------|
| 01/10/2021 | ██████ | ████ | ████ | █████ |
| 02/10/2021 | ██████ | ████ | ████ | █████ |
| 03/10/2021 | ██████ | ████ | ████ | █████ |
| 04/10/2021 | ██████ | ████ | ████ | █████ |
| 05/10/2021 | ██████ | ████ | ████ | █████ |
| 06/10/2021 | ██████ | ████ | ████ | █████ |
| 07/10/2021 | ██████ | ████ | ████ | █████ |
| 08/10/2021 | ██████ | ████ | ████ | █████ |
| 09/10/2021 | ██████ | ████ | ████ | █████ |
| 10/10/2021 | ██████ | ████ | ████ | █████ |
| 11/10/2021 | ██████ | ████ | ████ | █████ |

*Notes:*

*1) Payments must be received on or before the due date otherwise a Notice of Cancellation will be generated.*

*2) Changes to the policy (adding or removing vehicles, etc.) may change future installment amount dues.*

Richard Christofer Jr.
(Authorized Representative)
Date: 1/12/2021

**UNITED SPECIALTY AUTO POLICY**

**FORM RPCA008**

POLICY NUMBER:    UTO-CA-0000517

POLICY PERIOD:    01/10/2021 - 01/10/2022

NAME INSURED:    Green Med Trans, Inc

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## ADDITIONAL INSURED

This endorsement modifies insurance provided under the following:
    BUSINESS AUTO COVERAGE FORM

With respect to coverage provided by this endorsement the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement identifies person(s) or organization(s) who are added as "insureds" under the Who Is An Insured provision of the Coverage Form. This endorsement does not alter coverage provider in the Coverage Form.

Unless otherwise specified below this endorsement is effective from the inception date of the Coverage.

**Endorsement Effective:    1/10/2021**

## SCHEDULE

| Name of Person(s) or Organization(s) |
|---|
| American Logistics Company LLC  1492 S. Silicon Way, Ste. C  St. George, UT 84770 |
| MTM, Inc.  16 Hawk Ridge Drive  Lake Saint Louis, MO 63367 |
| Access2Care  6200 S. Syracuse Way  Glenwood Village, CO 80111 |
| National Med Trans LLC  2950 Express Drive South, 2nd Floor  Islandia, NY 11749 |
| CallTheCar  3100 New York Drive, Suite 100  Pasadena, CA 91107 |
| SafeRide, Inc. 6126 Washington Blvd 2nd Flr Culver City. CA 90232 |

Each person or organization indicated above is an "insured" for Liability Coverage on a primary basis, but only in respect to the Named Insured's livery, limousine or taxicab operations.

The inclusion of any additional person(s) or organization(s) shall not operate to increase the limits of the Company's liability.

Richard Christofer Jr.

(Authorized Representative)

Date:  01/12/2021

**UNITED SPECIALTY AUTO POLICY**

**FORM RPCA011**

POLICY NUMBER        UTO-CA-0000517

POLICY PERIOD:        01/10/2021 - 01/10/2022

NAME INSURED:        Green Med Trans, Inc

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## SEXUAL MOLESTATION, CORPORAL PUNISHMENT OR PHYSICAL

## OR MENTAL ABUSE EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

This insurance does not apply to:

 "Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse.

Richard Christofer Jr.
(Authorized Representative)
Date: 01/12/2021

1270394v.1

**UNITED SPECIALTY AUTO POLICY**

**FORM RPCA012**

POLICY NUMBER        UTO-CA-0000517

POLICY PERIOD:        01/10/2021 - 01/10/2022

NAME INSURED:        Green Med Trans, Inc

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## ELECTRONIC DATA AND CYBER RISK EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

This insurance does not apply to:

"Bodily injury" or "property damage," directly or indirectly arising out of, caused by, contributed to or resulting from any: (a) functioning, nonfunctioning, improperly functioning, availability or unavailability of: (1) the internet or similar facility; or (2) any intranet or private network or similar facility; or (3) any website, bulletin board, chat room, search engine, portal or similar third party application service; (b) alteration, corruption, destruction, distortion, erasure, theft or other loss of or damage to data, software, information repository, microchip, integrated system or similar device in any computer equipment or non-computer equipment or any kind of programming or instruction set; or (c) loss of use or functionality, whether partial or entire, of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic and any ensuing inability or failure of any insured to conduct business.

Richard Christofer Jr.
(Authorized Representative)
Date: 01/12/2021

1270394v.1

**UNITED SPECIALTY AUTO POLICY**

**FORM RPCA013**

POLICY NUMBER          UTO-CA-0000517

POLICY PERIOD:          01/10/2021 - 01/10/2022

NAME INSURED:          Green Med Trans, Inc

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## NUCLEAR DAMAGE EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

This insurance does not apply to:

Loss or damage arising directly or indirectly from nuclear reaction, nuclear radiation or radioactive contamination, no matter how such nuclear reaction nuclear radiation or radioactive contamination may have been caused.

Notwithstanding, if, and only if, fire is an insured peril and a fire arises directly or indirectly from nuclear reaction nuclear radiation or radioactive contamination any loss or damage arising directly from that fire shall (subject to the provisions of this policy) be covered, excluding, however, all loss or damage caused by nuclear reaction nuclear radiation or radioactive contamination arising directly or indirectly from that fire.

Richard Christofer Jr.
(Authorized Representative)
Date: 01/12/2021

1270394v.1

UNITED SPECIALTY AUTO POLICY

FORM RPCA014

POLICY NUMBER        UTO-CA-0000517

POLICY PERIOD:        01/10/2021 - 01/10/2022

NAME INSURED:        Green Med Trans, Inc

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

## WAR AND TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM

This insurance does not apply to:

 "Bodily injury" or "property damage" of whatsoever nature directly or indirectly caused by, resulting from or in connection with any of the following regardless of any other cause or event contributing concurrently or in any other sequence to the loss: (a) war, invasion, acts of foreign enemies, hostilities or warlike operations (whether war be declared or not), civil war, rebellion, revolution, insurrection, civil commotion assuming the proportions of or amounting to an uprising, military or usurped power; or (b) any act of terrorism, which for the purposes of this policy an act of terrorism means an act, including but not limited to the use of force or violence and/or the threat thereof, of any person or groups of persons, whether acting alone or on behalf of or in connection with any organization or government, committed for political, religious, ideological or similar purposes including the intention to influence any government and/or to put the public, or any section of the public, in fear.  This policy also excludes loss, damage, cost or expense of whatsoever nature directly or indirectly caused by, resulting from or in connection with any action taken in controlling, preventing, suppressing or in any way relating to (a) and/or (b) above.  If the Company alleges that by reason of this exclusion, any loss, damage, cost or expense is not covered by this insurance the burden of proving the contrary shall be upon the "insured."

Richard Christofer Jr.
(Authorized Representative)
Date: 01/12/2021

1270394v.1

RIV-CA-1120-OFAC-N

# United Specialty Insurance Company

## U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

RIV-CA-1120-TES-E

# United Specialty Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## TRADE OR ECONOMIC SANCTIONS

The following is added to this policy:

**Trade Or Economic Sanctions**

This insurance does not provide any coverage, and we (the Company) shall not make payment of any claim or provide any benefit hereunder, to the extent that the provision of such coverage, payment of such claim or provision of such benefit would expose us (the Company) to a violation of any applicable trade or economic sanctions, laws or regulations, including but not limited, to those administered and enforced by the United States Treasury Department's Office of Foreign Assets Control (OFAC).

Whenever coverage provided by this policy would be in violation of any U.S. economic or trade sanctions such as, but not limited to, those sanctions administered and enforced by the U.S. Treasury Department's Office of Foreign Assets Control (OFAC), such coverage or payment requirement shall be null and void. Similarly, any coverage relating to or referred to in any certificates or other evidences of insurance or any claim that would be in violation of U.S. economic or trade sanctions as described above shall also be null and void.

All other terms and conditions remain unchanged.

POLICY NUMBER:                                                                    **COMMERCIAL AUTO**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DRIVER EXCLUSION

This endorsement modifies insurance provided under the following:

    AUTO DEALERS COVERAGE FORM
    BUSINESS AUTO COVERAGE FORM
    MOTOR CARRIER COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**Named Insured:** Green Med Trans Inc.

**Endorsement Effective Date:** 1/10/2021

WE WILL NOT BE LIABLE FOR ANY "ACCIDENTS" OR "LOSSES" WHILE A COVERED "AUTO" IS DRIVEN BY: Syed Farman Rizvi, Raza Nasir, and Stephen Lugo

_Lisa Partaker_                                                    January 6, 2021
_____                                       _____
**Applicant's/Named Insured's Signature**                                    Date