UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | 5:23-cv-01092-MEMF-SPx | Date | April 25, 2024 |
|---|---|---|---|
| Title | United Specialty Insurance Company v. Green Med Trans, Inc. | Page | 1 of 1 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Damon Berry | April Lassiter-Benson |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Michele L. Levinson | Saloni Singh |
| | Scott E. Saunders |
| | Zackary Terzakarian |

**Proceedings: MOTION FOR DEFAULT JUDGMENT [38]**

The Court issues a tentative ruling prior to the hearing.

The case is called, and counsel make their appearances.

The Court invites counsel to present their oral arguments.

The Court Ordered the following: (1) Attorney Singh shall file a Notice of Appearance on behalf of Defendant Rizvi on April 25, 2024; and (2) the parties shall re-file and email to chambers (MEMF_Chambers@cacd.uscourts.gov) a corrected Proposed Order regarding their recent stipulation, which shall make clear that the parties agree that Plaintiff United Specialty will withdraw its pending Motion for Default Judgment and the Court shall vacate the clerk's entry of default as to Rizvi. The Court also discussed scheduling issues with the parties, and all parties agreed that Rizvi shall file his Answer tomorrow and the operative Civil Trial Order (ECF No. 61) shall bind all parties and does not need further amendment at this time.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**