# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>GREEN MED TRANS, INC., A CALIFORNIA CORPORATION; MICHAEL CAMBRA, AN INDIVIDUAL; SYED FARMAN ALI RIZVI, AN INDIVIDUAL; ROBERT STUTZ, AN INDIVIDUAL; PEPE'S, INC., A CALIFORNIA CORPORATION, AND DOES 1 THROUGH 50,<br><br>Defendants.<br><br>AND RELATED CROSS- ACTIONS | Case No. 5:23-CV-01092-MEMF-SP<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO SET ASIDE DEFAULT AGAINST DEFENDANT SYED FARMAN ALI RIZVI [ECF Nos. 38, 63]** |

On April 25, 2024 Plaintiff UNITED SPECIALTY INSURANCE COMPANY ("Plaintiff") withdrew its Motion for Default Judgment Against Defendant Syed Farman Ali Rizvi, set for hearing on April 25, 2024.

Further, Plaintiff requested that the Default entered by the Clerk of the Court as to Defendant Syed Farman Ali Rizvi, on October 13, 2023, be set aside.

Plaintiff's request is GRANTED:

1. The Default entered by the Clerk of the Court as to Defendant Syed Farman Ali Rizvi on October 13, 2023, is hereby set aside.
2. Plaintiffs Motion for Default Judgment (ECF No. 38) is DENIED AS MOOT.
3. Defendant Syed Farman Ali Rizvi is to file and serve an Answer to Plaintiff's Complaint on or before April 25, 2024.[1]

IT IS SO ORDERED.

Dated: May 1, 2024

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

---

[1] Defendant Syed Farman Ali Rizvi filed an answer on April 25, 2024. *See* ECF No. 64. Thus, this portion of the Order has already been complied with as of the date of this Order, but the Court will nevertheless note it for posterity.