**MICHELE L. LEVINSON (SBN 234157)**
**COLMAN PERKINS LAW GROUP**
**500 North Brand Boulevard, Suite 2200**
**Glendale, California 91203**
**TELEPHONE (818)546-8686**
**FACSIMILE (818)546-8787**
**Mlevinson@colmanlawgroup.com**

Attorneys for Plaintiff **UNITED SPECIALTY INSURANCE COMPANY** and Cross-Defendant **APPLIED RISK SERVICES, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED SPECIALTY INSURANCE COMPANY,<br><br>          Plaintiffs,<br>vs.<br><br>GREEN MED TRANS, INC., A CALIFORNIA CORPORATION; MICHAEL CAMBRA, AN INDIVIDUAL; SYED FARMAN ALI RIZVI, AN INDIVIDUAL; ROBERT STUTZ, AN INDIVIDUAL; PEPE'S, INC., A CALIFORNIA CORPORATION, AND DOES 1 THROUGH 50,<br><br>          Defendants. | Case No. 5:23-CV-01092-MEMF-SPx<br><br>**JOINT STIPULATION TO DISMISS THE ENTIRE MATTER** |

**JOINT STIPULATION OF PARTIES PURSUANT TO FRCP 41(a)(1)(ii)**

Plaintiff UNITED SPECIALTY INSURANCE COMPANY ("Plaintiff"), Defendant GREEN MED TRANS. INC., Defendant MICHAEL S. CAMBRA, and Defendant SYED FARMAN ALI RIZVI, through their respective counsel of record, hereby do stipulate as follows:

WHEREAS, on February 17, 2025, the parties participated in mediation before Hon. David M. Chapman (Ret.). The mediation was successful and the parties agreed globally to resolve both the underlying personal injury action, as well as this pending matter;

WHEREAS, in exchange for a global settlement of $180,000.00 (with contribution by GEICO Insurance, Defendant GREEN MED TRANS. INC, and Plaintiff UNITED SPECIALTY INSURANCE COMPANY) Defendant MICHAEL CAMBRA has agreed file a dismissal with prejudice, in underlying litigation, as to Defendant GREEN MED TRANS. INC., and Defendant SYED FARMAN ALI RIZVI.

WHEREAS, Plaintiff UNITED SPECIALTY INSURANCE COMPANY, has agreed to contribute towards the global settlement, in exchange for a full release and waiver by Defendant GREEN MED TRANS. INC., and Defendant SYED FARMAN ALI RIZVI, of any and all claims for further indemnification, attorneys fees, costs or expenses against Plaintiff UNITED SPECIALTY INSURANCE COMPANY, arising out of this matter, or the underlying personal injury matter.

WHEREAS, Defendant GREEN MED TRANS. INC., and Defendant SYED FARMAN ALI RIZVI specifically agree to waive and release any and all claims for coverage, breach of contract, or bad faith, or any related action, against UNITED SPECIALTY INSURANCE COMPANY, arising out of this matter, or the underlying personal injury matter.

WHEREAS, the parties stipulate that Plaintiff, UNITED SPECIATY INSURANCE COMPANY is not agreeing to affirm coverage for the subject accident, and is not waiving any coverage defenses.

Whereas, upon execution of this Stipulation, Defendants, Defendant GREEN MED TRANS. INC., Defendant Michael Cambra, Defendant SYED FARMAN ALI RIZVI and Plaintiff, UNITED SPECIALTY INSURANCE COMPANY, all agree that each party shall bear its own costs.

**IT IS HEREBY STIPULATED AND AGREED:**

1. Plaintiff UNITED SPECIALTY INSURANCE COMPANY ("Plaintiff"), Defendant GREEN MED TRANS. INC., Defendant MICHAEL S. CAMBRA, and Defendant SYED FARMAN ALI RIZVI hereby stipulate, under

Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice in its entirety, with each party bearing that party's own attorneys; fees and costs.

DATED: ~~February~~ , 2025  
March 4, 2025

COLMAN PERKINS LAW GROUP

By: _/s/ Michele L. Levinson_  
MICHELE L. LEVINSON  
Attorneys for Plaintiff UNITED SPECIALTY INSURANCE COMPANY

DATED: February 27, 2025

WALTER CLARK LEGAL GROUP

By: _/s/ Scott E. Saunders_  
SCOTT E. SAUNDERS  
Attorneys for Defendant MICHAEL S. CAMBRA

DATED: February 27, 2025

SINGH LAW HQ, INC.

By: _Saloni Singh_  
SALONI SINGH  
Attorneys for Defendants GREEN MED TRANS, INC. and SYED FARMAN ALI RIZVI

## ATTESTATION REGARDING ELECTRONIC SIGNATURES

Pursuant to Local Rule 5-4.3.4(a)(2)(I), I hereby attest that all other signatories listed on this Stipulation have communicated their concurrence to this filing's content, and have expressly authorized the use of their electronic signatures above.

*Re: United Specialty Insurance Company v. Green Med Trans., Inc.*
*Case No.: 23-CV-01092-MEMF-SP*

## **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is Colman Perkins Law Group, 500 North Brand Boulevard, Suite 2200, Glendale, California 91203, in said County and State.

On March 4, 2025, I served the foregoing document described as **JOINT STIPULATION OF THE PARTIES** on the interested parties in this action as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

/ /   **BY MAIL (C.C.P. §§ 1013(a)):** By causing the document listed above to be placed in a sealed envelope addressed to the parties set forth on the attached Service List. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

/X/   **BY ELECTRONIC TRANSMISSION. (C.C.P. § 1013(g); C.C.P § 1010.6; C.R.C. 2.251):** Only by e-mailing the document(s) from jaguirre@colmanlawgroup.com to the person(s) at the e-mail address(es) listed on the attached Service List, as provided in compliance with Code of Civil Procedure § 1010.6, subd. (e)(1) & (2). No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. We will provide a physical copy upon request only.

/X/   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. **(C.C.P. § 2015.5)**

/X/   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 4, 2025 at Glendale, California.

_Jessica Aguirre_
Jessica Aguirre

# SERVICE LIST

*Re:  United Specialty Insurance Company v. Green Med Trans., Inc.*
*Case No.: 23-CV-01092-MEMF-SP*

<u>*Attorneys for Defendant Michael S. Cambra:*</u>
Walter T. Clark
Scott E. Saunders
WALTER CLARK LEGAL GROUP
71-861 Highway 111
Rancho Mirage, California 92270
Tel.: 760.862.9254 | Fax: 760.862.1121
Email: knoonan@walterclark.com
　　　　ssaunders@walterclark.com
　　　　sstpeter@walterclark.com
*Via Electronic Service*

<u>*Attorneys for Defendants Green Med Trans, Inc. and Syed Farman Ali Rizvi*</u>
Saloni Singh
SINGH LAW HQ, INC.
3651 3rd Street
Riverside, CA 92501
Tel.: (951)544-1418
Email: salonisinghlaw@gmail.com
　　　　singhlawhq@gmail.com
*Via Electronic Service*